UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------
JOSEPH GLICK,

                       Plaintiff,

    -v-                                            1:06-CV-634

NEW YORK STATE OFFICE OF CHILDREN
AND FAMILY SERVICES, et al.,

                       Defendants.
--------------------------------



DAVID N. HURD
United States District Judge

## ORDER

    Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on February 22, 2008, via videotape between Utica, New York, and Albany, New York, it is hereby

    ORDERED that

    1. Defendants' motions for summary judgment are GRANTED in part and DENIED in part;

    2. Plaintiff's Third and Fourth Causes of Action for Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress are DISMISSED.

    IT IS SO ORDERED.

                                                                    _____
                                                                      United States District Judge

Dated: February 22, 2008
         Utica, New York.